United States District Court
for the
Southern District of Florida

Howard Michael Caplan, Plaintiff, )
)
v. )
) Civil Action No. 19-62446-Civ-Scola
)
Power Steering Auto Repair, Corp, )
and others, Defendants.

### Order Granting Motion to Strike

Now before the Court is the Plaintiff Howard Michael Caplan's motion to strike the Defendant Power Steering Auto Repair, Corp.'s answer. (ECF No. 19.) Power Steering Auto Repair, Corp. ("Auto Repair") failed to timely respond to Caplan's motion. For the reasons set forth below, the Court **grants** Caplan's motion to strike the answer. (**ECF No. 19**.)

Caplan moves to strike Auto Repair's answer because it was impermissibly filed *pro se*, and a corporation "cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). The Court agrees. Because Auto Repair is a corporation, it cannot appear *pro se*, and its answer must be stricken.

Accordingly, it is **ordered and adjudged** as follows:

1. The Plaintiff's motion to strike the Defendant Auto Repair's answer (**ECF No. 19**) is **granted**.
2. The Defendant Auto Repair's answer (**ECF No. 15**) is **stricken**.
3. This case is **stayed** until December 27, 2019 so that the Defendant Auto Repair may retain properly-admitted counsel and file a response the complaint through counsel.
4. By December 27, 2019, the Defendant Auto Repair, through counsel, shall file a response to the complaint. Failure to respond within the specified time frame may result in the Clerk's entry of a default.

**Done and Ordered** in chambers, at Miami, Florida, on December 4, 2019.

Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Power Steering Auto Repair, Corp.
c/o Dario J. Polanco, registered agent
6326 Pembroke Road, Unit E
Miramar, FL 33023